UNITED STATES of America,
Appellee,

v.

Earl SMITH, Appellant.

No. 08–1324.

United States Court of Appeals,
Eighth Circuit.

Submitted: Sept. 18, 2008.

Filed: Sept. 23, 2008.

Thomas Joseph Mehan, Assistant U.S. Attorney, St. Louis, MO, for Appellee.

Earl Smith, Marion, IL, pro se.

Before WOLLMAN, MURPHY, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Earl Smith appeals the district court's [1] order denying his motion for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) based on Amendment 706 to the United States Sentencing Guidelines, which reduced the base offense levels in U.S.S.G. § 2D1.1(c) for cocaine-base offenses.

Smith pleaded guilty to possessing with intent to distribute more than 50 grams of a mixture containing cocaine base, which subjected him to a mandatory minimum sentence of 120 months in prison. *See* 21 U.S.C. § 841(b)(1)(A); U.S.S.G. § 5G1.1(c)(2). Accordingly, Smith is not entitled to a reduction under the retroac-tive amendment. *See United States v. Jones,* 523 F.3d 881, 882 (8th Cir.2008) (per curiam). The district court's judgment is affirmed. *See* 8th Cir. R. 47A(a).

---

1. The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.